# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-204-RFB-BNW |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| JONATHAN FLORES-SALDIVAR, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Jonathan Flores-Saldivar.

NICHOLAS A. TRUTANICH
United States Attorney

*s/* Jared L. Grimmer
JARED L. GRIMMER
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __8th__ day of __October__, 2019.

HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE